**Thomas J. Gaffney**
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

Receipt # 1091549 3/24/2011
$362.97

March 24, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:   <u>BECKER, TODD JAMES</u>   /Case # <u>09-15242</u>
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $<u>362.97</u>. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    <u> X </u>   I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    <u>    </u>   The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  <u>HSBC/RS</u>         Amount $    <u>362.97</u> Claim Register #   <u>10</u>

_____
THOMAS J. GAFFNEY
Trustee

FILED MAR 2 4 2011
BANKRUPTCY COURT
BUFFALO, N.Y.