#11092451
$1339.64
[handwritten]
9/26/11

# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

September 19, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re:  BECKER, TODD JAMES            /Case # 09-15242
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $1,339.64. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

__X__  I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_____  The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  Foster & Garbus         Amount $  1,339.64  Claim Register #  11

THOMAS J. GAFFNEY
Trustee

FILED
SEP 26 2011
BANKRUPTCY COURT
BUFFALO, N.Y.